UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No.: 8:21-cv-01222-JLS(KESx)

No CV30

OTHMANE FATHI,

    Plaintiff,

    v.

SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT,

    Defendant

---

## COMPLAINT

---

On May 10, 2019, and after more than forty-five (45) days of sending numerous respectful requests regarding the Plaintiff's daughter's records, the Defendant Saddleback Valley Unified School District has refused, denied the right to inspect, obstructed, detained, arrested, and prevented the plaintiff from examining his daughter's school report card. Proceedings against plaintiff due to defendant actions are currently still pending.

### FACTUAL ALLEGATIONS

1. Plaintiff is a legal resident of the United States and the State of California and Plaintiff had all legal rights at all time here relevant

2. Plaintiff's daughter attended Rancho Canada Elementary School located at 21801 Winding Way, Lake Forest, CA, 92630, which is part of Saddleback Valley Unified School District

3. The Saddleback Valley Unified School District SVUSD is a unified school district and a corporation organized under the laws of the United States and the State of California

4. Defendant SVUSD receives federal funding according to the most recent budget publishing posted on the defendant's website. (Ex 1)

5. Over forty-five (45 ) days prior to May 10th, 2019, Plaintiff has made several respectful requests to the Defendant to electronically mail him his daughter's progress report card. Two requests via phone on and around March 20th, 2019, and three requests via email (04/08/19; 04/16/19; 05/08/19). (Ex. 2)

6. On May 8th, 2019, the requests to obtain a copy of the progress report card via email were denied to the plaintiff

7. Communication from the school administration led the plaintiff into believing that obtaining a physical and a hard copy of the progress report card was the only option available to the plaintiff

8. Plaintiff arranged by requesting from the defendant to have the plaintiff's daughter's progress report card ready in an envelope for him to pick up after work on May 9th, 2019. He then rescheduled picking up the progress report card to May 10th, 2019 during his lunch hour, as school closed earlier than he got off work. As obstructions from the Defendant were a reoccurring habit, and in order to facilitate a request free of obstructions, plaintiff informed the Defendant that if he were to find further obstructions

to his rights as it previously happened at the beginning of the school year, the plaintiff were to take legal actions against the Defendant

9. On May 10th, 2019, around lunch time, Plaintiff respectfully took himself to Rancho Canada Elementary School to inspect his daughter's progress report card. When he arrived on the school premises, the plaintiff found the administration door locked to himself obstructing him from inspecting his daughter's progress report card

10. Plaintiff knocked gently and softly on the administration door but could not get anyone's attention. The plaintiff witnessed through the glass sidewall three parents who were caucasian ladies in the lobby, and no one on the administration side

11. Plaintiff dialed SVUSD responsibles numbers which were hung on the glass sidewall, but was not able to get hold of any responsible person

12. Plaintiff approached the maintenance supervisor, but was not able to reach any of the administration people

13. The maintenance supervisor later testified that the plaintiff was acting normal and peaceful, and did not act agitated nor irritated

14. Plaintiff started walking towards his car to leave campus as he was redialing one of the numbers he obtained from the administration glass sidewall

15. Plaintiff was suddenly approached by the school resource officer Jones. Principal Hausner showed up at the same time for the first time

16. Plaintiff explained that he was on campus to obtain a copy and inspect his daughter's progress report card as he arranged for, and that the defendant was aware of the request and they were supposed to have a copy ready in an envelope for the plaintiff to pick up as he had to report back to work. Planitiff asked why was he then being arrested? The

arresting Officier Agent informed plaintiff on the record that the Principal wanted to obtain formal paperwrok against plaintiff to make sure he never sets a foot on campus, and that is what he was doing

17. The Defendant Saddleback Valley Unified School District denied the plaintiff parent's right to obtain and inspect school records which is a service the school provides, and detained the plaintiff on the school premises, to physically prevent him, obstruct him, and deprive him from inspecting his daughter's progress report card and pursuing a copy of the report card, which is a right of his

18. The Plaintiff was arrested by Defendant agent without a single question asked, knowing the motive behind his presence on campus, and him prevented from inspecting his daughter's progress report card, a protected right of his

19. As of May 10,2019, and after 45 days of submitting numerous requests, and showing nothing but respect, and as of the time of the arrest, the plaintiff did not receive any school record, and the Defendant denied the school record, and prevented and obstructed the plaintiff from inspecting his daughter's report card by physically detaining him and arresting him

20. Plaintiff is alleging the defendant who receives federal funding, denied and refused plaintiff's right to examine his daughter's school record, as he did neither obtain a copy of his daughter's progress report card, nor was he allowed to examine her report card, but instead maliciously arrested the plaintiff and obstruct him from looking at plaintiff's daughter's school record

21. Defendant SVUSD who receives federal funding has breached their stipulated contract obligation to receiving federal funding

22. As it was not the first time, and the incidents were repetitive and insulated, Plaintiff is alleging the defendant SVUSD has made custom policies for the plaintiff to not obtain school services due to his race and national origin

23. Defendant intentionally inflicted emotional distress on the plaintiff

Dated: 07/09/2021

Othmane Fathi,

Plaintiff

## DECLARATION

I, Othmane Fathi, do declare as follow:

I am the plaintiff in this action. I have personal knowledge of the following facts, and if called as a witness I could and would justify completely thereto.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct, and that this declaration was made and executed on July 9th, 2021, in Huntington Beach, California.

Dated:07/09/21

Othmane Fathi

Declarant

**Saddleback Valley Unified School District**
**2020-21 ORIGINAL BUDGET**
**TOTAL GENERAL FUND**

| MULTI-YEAR PROJECTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2019-20 Estimated Actuals | Change | 2020-21 Original Budget | Change | 2021-22 Projected Budget | Change | 2022-23 Projected Budget |
| **REVENUES** | | | | | | | | |
| Local Control Funding Formula | 8010-8099 | 244,050,521 | (20,682,253) | 223,368,268 | 5,905,523 | 229,273,791 | 5,165,198 | 234,438,989 |
| Federal Sources | 8100-8299 | 12,059,593 | 1,303,464 | 13,363,057 | (2,614,411) | 10,748,646 | 0 | 10,748,646 |
| Other State Revenues | 8300-8599 | 45,545,069 | (2,593,401) | 42,951,668 | (1,349,960) | 41,601,708 | (339,390) | 41,262,318 |
| Other Local Revenues | 8600-8799 | 5,918,899 | (2,205,065) | 3,713,834 | (604,064) | 3,109,770 | 0 | 3,109,770 |
| **TOTAL REVENUES** | | 307,574,082 | (24,177,255) | 283,396,827 | 1,337,088 | 284,733,915 | 4,825,808 | 289,559,723 |
| **EXPENDITURES** | | | | | | | | |
| Certificated Salaries | 1000-1999 | 132,480,891 | 720,899 | 133,201,790 | (374,480) | 132,827,310 | 699,129 | 133,526,439 |
| Classified Salaries | 2000-2999 | 39,477,348 | 2,186,266 | 41,663,614 | 557,321 | 42,220,935 | 639,002 | 42,859,937 |
| Employee Benefits | 3000-3999 | 88,464,069 | 6,084,945 | 94,549,014 | 1,516,585 | 96,065,599 | (4,342,486) | 91,723,113 |
| Books and Supplies | 4000-4999 | 8,915,411 | 9,754,427 | 18,669,838 | (7,916,102) | 10,753,736 | (1,090,622) | 9,663,114 |
| Services, Other Operating Expenses | 5000-5999 | 30,286,465 | (1,534,288) | 28,752,177 | 1,326,790 | 30,078,967 | 3,196,904 | 33,275,872 |
| Capital Outlay | 6000-6999 | 3,421,754 | (3,193,448) | 228,306 | (59,200) | 169,106 | 0 | 169,106 |
| Other Outgo | 7100-7299 7400-7499 | 6,641,862 | (1,370,356) | 5,271,506 | 0 | 5,271,506 | 0 | 5,271,506 |
| Direct Support/Indirect Costs | 7300-7399 | (744,353) | 373,490 | (370,863) | 0 | (370,863) | 0 | (370,863) |
| Budget Reductions to Maintain Fiscal Solvency | | | | 0 | (16,400,000) | (16,400,000) | (9,400,000) | (25,800,000) |
| **TOTAL EXPENDITURES** | | 308,943,447 | 13,021,935 | 321,965,382 | (21,349,086) | 300,616,296 | (10,298,072) | 290,318,224 |
| **EXCESS (DEFICIENCY) OF REVENUES OVER EXPENDITURES BEFORE OTHER FINANCING SOURCES AND USES** | | (1,369,365) | (37,199,190) | (38,568,555) | 22,686,174 | (15,882,381) | 15,123,881 | (758,501) |
| **OTHER FINANCING SOURCES/USES** | | | | | | | | |
| Interfund Transfers | | | | | | | | |
| a) In | 8910-8929 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| b) Out | 7610-7629 | 655,780 | 63,220 | 719,000 | (719,000) | 0 | 0 | 0 |
| Other Sources/Uses | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| a) Sources | 8930-8979 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| b) Uses | 7630-7699 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contributions to Restricted Programs | 8980-8999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL OTHER FINANCING SOURCES/USES | | (655,780) | 63,220 | (719,000) | (719,000) | 0 | 0 | 0 |
| **NET INCREASE (DECREASE) IN FUND BALANCE** | | (2,025,145) | (37,262,410) | (39,287,555) | 23,405,174 | (15,882,381) | 15,123,881 | (758,501) |
| **Beginning Fund Balance** | | 75,954,093 | | 73,928,948 | | 34,641,393 | | 18,759,012 |
| **Ending Fund Balance** | | 73,928,948 | | 34,641,393 | | 18,759,012 | | 18,000,511 |
| **Components of Fund Balance:** | | | | | | | | |
| a)Nonspendable | | | | | | | | |
| Revolving Cash | | 120,000 | | 120,000 | | 120,000 | | 120,000 |
| Stores | | 319,729 | | 319,729 | | 319,729 | | 319,729 |
| Prepaid Expenditures | | 0 | | 0 | | 0 | | 0 |
| b) Restricted | | 2,555,026 | | 871,592 | | 729,175 | | 475,317 |
| c) Committed | | 0 | | 0 | | 0 | | 0 |
| 2019-20 One Time | | 6,312,368 | | 0 | | 0 | | 0 |
| One-time Discretionary Carryover | | 4,120,735 | | 0 | | 0 | | 0 |
| Chromebook Replacement Plan | | 3,901,263 | | 0 | | 0 | | 0 |
| Full Day Kindergarten | | 75,787 | | 0 | | 0 | | 0 |
| Negotiated Salary Increase | | 23,165,512 | | 0 | | 0 | | 0 |
| Site Allocation Carryover | | 1,129,596 | | 0 | | 0 | | 0 |
| Caltrans Settlement | | 2,527,265 | | 2,527,265 | | 2,527,265 | | 2,527,265 |
| e) Unassigned/Unappropriated | | | | | | | | |
| 5% Designated for Economic Uncertainties | | 15,479,961 | | 16,134,219 | | 15,030,815 | | 14,515,911 |
| **Unappropriated Fund Balance** | | 14,221,706 | | 14,668,588 | | 32,028 | | 42,289 |

EX I

## Giselle Fathi's attendance and progress report card

 **OT fathi** <otfathi007@gmail.com>
4/8/2019 1:45 PM

To: Lorraine.Tonick@svusd.org

Hi Lorraine,

Can you please send me my daughter Giselle Fathi's attendance and progress report card.

Thank you,

Othmane Fathi

From: OT fathi <otfathi007@gmail.com<mailto:otfathi007@gmail.com>>
Date: Tue, Apr 16, 2019 at 3:56 PM
Subject: Fwd: Giselle Fathi's attendance and progress report card
To: <Lorraine.Tonick@svusd.org<mailto:Lorraine.Tonick@svusd.org>>

Hi Lorraine,

Can you please send me my daughter Giselle Fathi's attendance and progress report card.

Thank you,

Othmane Fathi

*EX II*

## Re: Giselle Fathi's attendance and progress report card

 **OT fathi** <otfathi007@gmail.com>
5/8/2019 3:22 PM

To: Tonick, Lorraine · Rancho Canada Elementary School

**Nevermind. I will be getting it tomorrow.**

Thank you,

Giselle Fathi's Father



PRIORITY MAIL
LEGAL FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

**FROM:** Othmane Fathi
P.O. Box 3472
Huntington Beach, CA
92605

**TO:** U.S. District Court
255 east temple st
T-5 134
Los Angeles, CA
90019

PRIORITY® MAIL

urance (restrictions apply).*

nternational destinations.

form is required.

aims exclusions see the

ility and limitations of coverage.

To schedule free Package Pickup, scan the QR code.

U.S. POSTAGE $8.25
PM 1 - DAY
92846 0006
Date of sale
07/13/21
06    2S    SSK
11488676

PRIORITY MAIL 1-DAY®

ECTED DELIVERY DAY: 07/14/21

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 15 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY
C032

255 E TEMPLE ST
Los Angeles CA 90012-3332

USPS TRACKING® NUMBER

9505 5066 1091 1194 3090 88

Legal Flat Rate Envelope
EP14L May 2020
OD: 15 x 9.5